AO 91 (Rev 8.01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States Courts
Southern District of Texas
FILED

*June 16, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
Ramon Ismael GARZA-VASQUEZ

**CRIMINAL COMPLAINT**

Case Number:  M-25- 1415 -M

IAE   YOB: 1986
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 16, 2025__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On June 16, 2025, Ramon Ismael GARZA-VASQUEZ a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Edinburg, Texas. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on April 22, 2019 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On October 20, 2009, the defendant was convicted of Possession of marijuana lt 2,000 lbs, gt 50lbs and sentenced to 10 years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on June 16, 2025.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint approved by AUSA Jose Garcia

Rafael Hernandez III
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Rafael Hernandez III    Deportation Officer
Printed Name and Title of Complainant

June 16, 2025   12:59 p.m.
Date

at   McAllen, Texas
City and State

Nadia S. Medrano    U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer